UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on November 16, 2009

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | Mag. No. 10-056-01 |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| | : | 18 U.S.C. § 1344 (Bank Fraud); |
| **HOWARD R. SHMUCKLER,** | : | 18 U.S.C. § 513(a) (Possessing and |
| | : | Uttering a Counterfeit Security of an |
| **Defendant.** | : | Organization); |
| | : | 18 U.S.C. § 2 (Aiding and Abetting and |
| | : | Causing an Act to be Done). |

## INDICTMENT

The Grand Jury charges that:

At times material to this Indictment:

### Introduction

1. Bank of America, N.A. ("BOA"), Wachovia Bank, N.A. ("Wachovia"), SunTrust Bank ("SunTrust"), and Capital Bank, N.A. ("Capital Bank"), were financial institutions as defined by Title 18, United States Code Section 20, each having accounts insured by the Federal Deposit Insurance Corporation.

2. Oracle USA, Inc. ("Oracle") was a corporation that developed database technologies and marketed computer software for information management to customers throughout the United States and in foreign countries. Oracle maintained offices in Rocklin, California and elsewhere.

3. Applicators Sales & Service, Inc. ("Applicators") was a family owned and operated corporation with locations in Maine and New Hampshire that sold building products.

4. Stelem, Inc. ("Stelem") was a Canadian corporation that distributed equipment, tools and other products for the maintenance of municipal structures.

5. Riceland Foods, Inc. ("Riceland Foods") was a corporation headquartered in Stuttgart, Arkansas that provided marketing services for rice, soybeans and wheat grown by its member-farmers from Arkansas, Louisiana, Mississippi, Missouri and Texas.

6. TD Insurance, a part of the TD Bank Financial Group, a Canadian financial services organization, provided home and automobile insurance to customers in Canada and the United States.

7. The Young Agency, Inc. ("The Young Agency"), a part of Brown & Brown, Inc., a Florida-based insurance brokerage firm, was a commercial insurance agency in Syracuse, New York with customers in New York State and elsewhere.

8. Oceanex, Inc. ("Oceanex") was a Canadian transportation company involved in cargo handling and delivery of consumer and industrial products to Newfoundland from elsewhere in North America.

9. Defendant HOWARD R. SHMUCKLER was a practicing attorney and member of the bar of the District of Columbia. He operated a business called Law Offices of Howard R. Shmuckler, located at 1700 Pennsylvania, Avenue, NW, Suite 400, Washington, D.C.

## COUNT ONE

### (Bank Fraud)

10. The allegations set forth in paragraphs 1 through 9 of this Indictment are realleged and incorporated by reference herein.

## The Scheme to Defraud

11.     From in or about April 2005 and continuing until in or about October 2005, in the District of Columbia and elsewhere, defendant HOWARD R. SHMUCKLER did knowingly and willfully devise a scheme and artifice to defraud BOA, Wachovia, SunTrust, and Capital Bank, and to obtain monies, funds and credits owned by or under the custody and control of these financial institutions by means of false and fraudulent pretenses, representations and promises.

## Object of the Scheme to Defraud

12.     An object of the scheme to defraud was for defendant HOWARD R. SHMUCKLER to obtain by fraud monies, funds, and credits from BOA, Wachovia, SunTrust, and Capital Bank for his own benefit and the benefit and use of others by fraudulently depositing and causing to be deposited false and counterfeit checks that purported to be written by third parties into accounts controlled by SHMUCKLER, from which he could then withdraw, transfer or otherwise access the funds.

## Manner and Means

13.     On or about the dates set forth below, within the District of Columbia and elsewhere, defendant HOWARD R. SHMUCKLER, for the purpose of executing and attempting to execute the scheme and artifice to defraud the banks indicated below, presented and caused to be presented the following false and counterfeit checks into accounts controlled by SHMUCKLER as set forth below:

|     | Date (on or about) | Payor Listed on Check | Amount of Check | Bank of Deposit | Location of Deposit |
| --- | --- | --- | --- | --- | --- |
| (a) | April 5, 2005 | Oracle | $499,866.12 | BOA | Maryland |
| (b) | April 14, 2005 | Applicators | $98,417.19 | BOA | Unknown |

|     | Date (on or about) | Payor Listed on Check | Amount of Check | Bank of Deposit | Location of Deposit |
|-----|--------------------|-----------------------|-----------------|-----------------|---------------------|
| (c) | April 14, 2005     | Applicators           | $98,417.19      | Capital Bank    | Maryland            |
| (d) | August 23, 2005    | Stelem                | $35,000.11      | BOA             | Washington, DC      |
| (e) | September 12, 2005 | Riceland Foods        | $895,000        | BOA             | Washington, DC      |
| (f) | September 22, 2005 | TD Insurance          | $164,000        | Wachovia        | Washington, DC      |
| (g) | October 18, 2005   | The Young Agency      | $408,000        | SunTrust        | Washington, DC      |
| (h) | October 23, 2005   | Oceanex               | $54,204.36      | SunTrust        | Washington, DC      |

(Bank Fraud, and Aiding and Abetting and Causing an
Act to be Done, in violation of Title 18, United States Code, Sections 1344 and 2)

## COUNTS TWO THROUGH SIX

(Possessing and Uttering a Counterfeit Security of an Organization)

14. The allegations set forth in paragraphs 1 through 9 and 12 through 13 of this Indictment are realleged and incorporated by reference herein.

15. On or about the dates set forth below for each count, in the District of Columbia, defendant HOWARD R. SHMUCKLER did knowingly possess and utter a counterfeit security of an organization with the intent to deceive another person and organization:

| Count | Date (on or about) | Counterfeit Check |
|---|---|---|
| Two | August 23, 2005 | Stelem check in the amount of $35,000.11, made payable from an account at Banque National du Canada |
| Three | September 12, 2005 | Riceland Foods check in the amount of $895,000, made payable from an account at Farmers & Merchants Bank |
| Four | September 22, 2005 | TD Insurance check in the amount of $164,000, made payable from an account at Bank of Montreal |
| Five | October 18, 2005 | The Young Agency check in the amount of $408,000, made payable from an account at SunTrust Bank |
| Six | October 20, 2005 | Oceanex check in the amount of $54,204.36, made payable from an account at Scotia Bank |

**(Possessing and Uttering a Counterfeit Security of an Organization, and Aiding and Abetting and Causing an Act to be Done, in violation of Title 18, United States Code, Sections 513(a) and 2)**

A TRUE BILL:


FOREPERSON

*Ronald C. Machen Jr./FTD*
ATTORNEY OF THE UNITED STATES IN
AND FOR THE DISTRICT OF COLUMBIA

5