## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIM. NO. 10-CR-00102-RWR** |
| **v.** | : | **18 U.S.C. §§ 2, 513(a), 1344** |
| **HOWARD R. SHMUCKLER** | : | |
| **Defendant** | : | |

### MOTION TO WITHDRAW

Undersigned counsel hereby requests the Court's permission to withdraw from representation in the above-captioned matter. Representation by other counsel would be in the best interests of the Defendant.

Respectfully,

_____

Jamison Koehler
Koehler Law
1000 Potomac Street, NW, Suite 150
Washington, DC 20007
202-549-2374
jkoehler@koehlerlaw.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on _____, a copy of the foregoing document was electronically filed, and was also emailed to the following counsel:

Jonathan Haray
Assistant U.S. Attorney
United States Attorney's Office for the
      District of Columbia
555 Fourth Street, NW Room 5838
Washington, DC 20530

                                                       (s) Jamison Koehler

                                                       Jamison Koehler
                                                       Koehler Law
                                                       1000 Potomac Street, NW, Suite 150
                                                       Washington, DC 20007
                                                       Tel:  202-549-2374
                                                       Fax:  202-315-3939